United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN KEITH STAFFORD,

    Petitioner,

v.

G. MATTESON,

    Respondent.

Case No. 20-cv-4115-SVK

**ORDER OF TRANSFER**

Petitioner, a state prisoner at California State Prison – Solano, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner challenges a decision by the Board of Parole Hearings. Where a habeas petition challenges the manner in which a sentence is being executed, e.g., if it involves parole claims, the district of confinement is the preferable forum. *See* Habeas L.R. 2254-3(b)(2); *see also Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

Because Solano County lies within the Eastern District of California, venue is proper in that District. *See* 28 U.S.C. § 84(d). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

DATED: August 11, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge